**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-10080 MCF |
| LUZ ENEIDA HERNANDEZ SOSA | * | CHAPTER 13 |
| DEBTOR | * | |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, **LUZ ENEIDA HERNANDEZ SOSA,** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated May 21, 2016, herewith and attached to this motion.

2. This amended Plan is filed to provide for the correct amount for BPPR's pre-petition arrears (POC #04), to include a balance owed on post-petition mortgage loan arrears pursuant to 362 motion filed by BPPR (docket entry #16), and to provide for Treasury's POC #9-1 priority portion which includes 2014 and 2015 debt (post-petition claim), in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent by mail to debtor and creditors/parties in interest as per master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 21st day of May, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE:  Case No. **3:15-bk-10080**

**HERNANDEZ SOSA, LUZ ENEIDA**
Debtor(s)

Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **5/21/2016**
☐ PRE ☐ POST-CONFIRMATION                    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| $ | 200.00 | x | 1 | = $ | 200.00 |
| $ | 280.00 | x | 20 | = $ | 5,600.00 |
| $ | 440.00 | x | 11 | = $ | 4,840.00 |
| $ | 570.00 | x | 28 | = $ | 15,960.00 |
| $ | | x | | = $ | |

TOTAL: $ **26,600.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **26,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: _[signature]_
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular de Pt** Cr. **Banco Popular de Pt** Cr. _____
# **8120701740540**  # **Post-Pet**  # _____
$ **9,289.69**  $ **2,763.08**  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Anderson Financial S** Cr. _____ Cr. _____
# **xxx-xx-1384**  # _____  # _____
$ **2,500.00**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**Corp del Fondo del S**  **Sistema de Retiro El**  **See Attached**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Treasury Department POC #09, Trustee to pay priority portion in full $1,892.40 which includes post-petition claim (2014 and 2015)
* Debtor to provide ADEQUATE PROTECTION PAYMENTS to Anderson Financial Services through the Trustee in the sum $100 per month until confirmation.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC** _____ Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **HERNANDEZ SOSA, LUZ ENEIDA**　　　　　　　　　　　　　Case No. **3:15-bk-10080**
　　　　　　　　　　　　　Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| Debtor Otherwise maintains regular payments directly to: | Banco Popular de P'u  Sistema de Retiro EL | | |

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO               STATE INSURANCE FUND
0104-3                                   C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF   WALLY DE LA ROSA VIDAL
Case 15-10080-MCF13                      BANCO POPULAR CENTER, SUITE 1022           PO BOX 365028
District of Puerto Rico                  209 MUNOZ RIVERA AVE.                     SAN JUAN, PR 00936-5028
Old San Juan                             SAN JUAN, PR 00918-1000
Sat May 21 11:52:29 AST 2016

US Bankruptcy Court District of P.R.     AEELA                                     Anderson Financial Services of PR
Jose V Toledo Fed Bldg & US Courthouse   PO Box 364508                             DBA Borinquen Title Loans
300 Recinto Sur Street, Room 109         San Juan, PR  00936-4508                  3440 Preston Ridge Rd Ste 500
San Juan, PR 00901-1964                                                            Alpharetta, GA 30005-3823


BANCO POPULAR DE PUERTO RICO             Claro                                     Corp del Fondo del Seguro del Estado
MORTGAGE SERVICING DEPARTMENT            PO Box 360998                             PO Box 365028
PO BOX 362708 SAN JUAN, PR 00936-2708    San Juan, PR  00936-0998                  San Juan, PR  00936-5028



DEPARTMENT OF TREASURY                   EASTERN AMERICA INSURANCE CO              FONDO COOP
BANKRUPTCY SECTION                       PO BOX 9023862                            PO Box 42006
PO BOX 9024140                           SAN JUAN, PR 00902-3862                   San Juan, PR  00940-2206
SAN JUAN, PR  00902-4140


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Preferred Home Services, Inc.             Reinaldo Cintron Flores, Esq.
PO BOX 41067                             PO Box 4069                               PO Box 4133
NORFOLK VA 23541-1067                    Bayamon, PR 00958-1069                    Bayamon, PR  00958-1133



STATE INSURANCE FUND CORPORATION         Sistema de Retiro ELA                     Synchrony Bank
PO BOX 365028                            PO Box 42003                              c/o of Recovery Management Systems Corp
SAN JUAN, PUERTO RICO 00936-5028         San Juan, PR  00940-2203                  25 S.E. 2nd Avenue, Suite 1120
                                                                                   Miami, FL 33131-1605


JOSE RAMON CARRION MORALES               LUZ ENEIDA HERNANDEZ SOSA                 MONSITA LECAROZ ARRIBAS
PO BOX 9023884                           URB LOS FLAMBOYANES                       OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                  235 CALLE MALAGUETA                       OCHOA BUILDING
                                         GURABO, PR 00778-2775                     500 TANCA STREET  SUITE 301
                                                                                   SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA  23502-4962
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Banco Popular de Puerto Rico        End of Label Matrix
Mortgage Servicing Department          Mailable recipients    21
PO Box 362708                          Bypassed recipients     1
San Juan, PR  00936-2708               Total                  22
```