IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| LUS ENEIDA HERNANDEZ SOSA | * CASE NO. 15-10080 MCF |
| Debtor(s) | * CHAPTER 13 |
| BANCO POPULAR DE PUERTO RICO | * INDEX |
| Movant | * |
| LUZ ENEIDA HERNANDEZ SOSA And JOSE CARRION MORALES CHAPTER 13 TRUSTEE | * * |
| Respondent | * |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY DOCKET NO. 16

**TO THE HONORABLE COURT:**

**NOW COMES, LUZ ENEIDA HERNANDEZ SOSA**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On May 10, 2016, Banco Popular de Puerto Rico ("BPPR") filed a motion for relief from stay in the present bankruptcy case, docket no. 16, basically alleging that the debtor is in arrears in her post-petition direct mortgage loan payments to said creditor for the sum of $3,650.08, including late charges, costs and attorneys fees.

2. The debtor respectfully submits that on May 21, 2016, she filed an *Amended Chapter 13 Plan*, docket entry no. 20, in order to provide for payment, through the Trustee of the sum of $2,763.08, a partial balance on said post-petition arrears, and the difference of $887.00 (May, 2016 monthly payment) to be paid directly by the debtor to BPPR, in order to cure the post-petition arrears, pursuant to BPPR's 362 motion, docket entry #16.

Page – 2-
Response 362 Motion
Case no. 15-10080 MCF13

3. Based on the aforestated, the debtor hereby respectfully requests this Honorable Court, upon confirmation of the debtor's proposed amended Plan (docket entry #20) to deny the motion requesting relief from stay filed by BPPR in the present case, docket no. 16.

**WHEREFORE**, debtor respectfully requests from this Honorable Court to deny the motion for relief from stay filed by BPPR, docket no. 16, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of same to: the Chapter 13 Trustee, Jose R. Carrion Morales, Esq.; Sergio A. Ramirez de Arellano, Esq., Counsel for BPPR; I also certify that a copy of this motion was sent via regular mail to the debtor/respondent Luz Eneida Hernandez Sosa, Urb Los Flamboyanes 235 Calle Malaguetta Gurabo PR 00778.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 23rd day of May, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR/RESPONDENT
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com