## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-10080 MCF |
| LUZ ENEIDA HERNANDEZ SOSA | * | CHAPTER 13 |
| DEBTOR | * | |

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **LUZ ENEIDA HERNANDEZ SOSA,** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated June 20, 2016, herewith and attached to this motion.

2. This amended Plan is filed to increase the total Plan base to $30,773.00 with an increase in the "step-up" payment commencing in month 22nd of the Plan ($547), to provide for the correct pre and post-petition mortgage loan arrears owed to BPPR and to provide for the surrender of the mortgage loan surplus funds to the Trustee to fund the Plan, pursuant to the *Trustee's Objection to Proposed Plan Confirmation*, docket entry #22, in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent by mail to debtor and creditors/parties in interest as per master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 20th day of June, 2016.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:

HERNANDEZ SOSA, LUZ ENEIDA
Debtor(s)

Case No. 3:15-bk-10080

Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 6/20/2016
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 200.00 x 1 = $ 200.00
$ 280.00 x 20 = $ 5,600.00
$ 547.00 x 11 = $ 6,017.00
$ 677.00 x 28 = $ 18,956.00
$ ____ x ____ = $ ____

TOTAL: $ 30,773.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 30,773.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,868.00

Signed: /s/ LUZ ENEIDA HERNANDEZ SOSA
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular de P** Cr. **Banco Popular de P** Cr. _____
# **8120701740540** # **Post-Pet** # _____
$ 9,644.54 $ 2,823.12 $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Anderson Financial** Cr. _____ Cr. _____
# **xxx-xx-1384** # _____ # _____
$ 2,500.00 $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Corp del Fondo del S**  **Sistema de Retiro El**  **See Attached**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Treasury Department POC #09, Trustee to pay priority portion in full $1,892.40 which includes post-petition claim (2014 and 2015)
* Debtor to provide ADEQUATE PROTECTION PAYMENTS to Anderson Financial Services through the Trustee in the sum $100 per month until confirmation.
* Debtor will devote any future surplus funds in the mortgage account (BPPR POC#04) to fund the plan. The plan shall be deemed modified by such amount without the need of futher Court Order.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**     Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE <u>HERNANDEZ SOSA, LUZ ENEIDA</u>  Case No. <u>3:15-bk-10080</u>
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| Debtor Otherwise maintains regular payments directly to: | Banco Popular de Pu<br>Sistema de Retiro EL | | |

```
Label Matrix for local noticing        BANCO POPULAR DE PUERTO RICO              STATE INSURANCE FUND
0104-3                                 C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF   WALLY DE LA ROSA VIDAL
Case 15-10080-MCF13                    BANCO POPULAR CENTER, SUITE 1022           PO BOX 365028
District of Puerto Rico                209 MUNOZ RIVERA AVE.                      SAN JUAN, PR 00936-5028
Old San Juan                           SAN JUAN, PR 00918-1000
Mon Jun 20 14:24:28 AST 2016

US Bankruptcy Court District of P.R.   AEELA                                      Anderson Financial Services of PR
Jose V Toledo Fed Bldg & US Courthouse PO Box 364508                              DBA Borinquen Title Loans
300 Recinto Sur Street, Room 109       San Juan, PR   00936-4508                  3440 Preston Ridge Rd Ste 500
San Juan, PR 00901-1964                                                           Alpharetta, GA  30005-3823


BANCO POPULAR DE PUERTO RICO           Claro                                      Corp del Fondo del Seguro del Estado
MORTGAGE SERVICING DEPARTMENT          PO Box 360998                              PO Box 365028
PO BOX 362708 SAN JUAN, PR 00936-2708  San Juan, PR   00936-0998                  San Juan, PR   00936-5028



DEPARTMENT OF TREASURY                 EASTERN AMERICA INSURANCE CO               FONDO COOP
BANKRUPTCY SECTION                     PO BOX 9023862                             PO Box 42006
PO BOX 9024140                         SAN JUAN, PR 00902-3862                    San Juan, PR   00940-2206
SAN JUAN, PR  00902-4140


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Preferred Home Services, Inc.             Reinaldo Cintron Flores, Esq.
PO BOX 41067                           PO Box 4069                                PO Box 4133
NORFOLK VA 23541-1067                  Bayamon, PR 00958-1069                     Bayamon, PR   00958-1133



STATE INSURANCE FUND CORPORATION       Sistema de Retiro ELA                      Synchrony Bank
PO BOX 365028                          PO Box 42003                               c/o of Recovery Management Systems Corp
SAN JUAN, PUERTO RICO 00936-5028       San Juan, PR   00940-2203                  25 S.E. 2nd Avenue, Suite 1120
                                                                                  Miami, FL 33131-1605


JOSE RAMON CARRION MORALES             LUZ ENEIDA HERNANDEZ SOSA                  MONSITA LECAROZ ARRIBAS
PO BOX 9023884                         URB LOS FLAMBOYANES                        OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                235 CALLE MALAGUETA                        OCHOA BUILDING
                                       GURABO, PR 00778-2775                      500 TANCA STREET  SUITE 301
                                                                                  SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA  23502-4962
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Banco Popular de Puerto Rico
Mortgage Servicing Department
PO Box 362708
San Juan, PR 00936-2708

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22